NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PUI-KWONG CHAN, MAY SUNG MAK, YUN WANG,**
*Appellants*

**v.**

**BAIZHEN YANG, SONGJIAN WANG,**
*Appellees*

———————————

2016-1214

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 106,025.

———————————

**JUDGMENT**

———————————

ROBERT BAUER, Bauer Law Offices, Erie, PA, argued for appellants. Also represented by ALBERT W. CHAN, Law Offices of Albert Wai-Kit Chan, PLLC, Whitestone, NY.

STEPHANIE SCRUGGS, Smith, Gambrell & Russell, LLP, Washington, DC, argued for appellees.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  January 27, 2017  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
| | Clerk of Court |